```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
UNITED STATES OF AMERICA      :   ORDER
                              :
     - v. -                   :   19 Cr. 326 (KMW)
                              :
JESSIKA FUENTES SANCHEZ,      :
                              :
               Defendant.     :
                              :
------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/23

WHEREAS, with the consent of the defendant, JESSIKA FUENTES SANCHEZ, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on March 29, 2023; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:  New York, New York

April 6, 2023

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK