UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

JESSIKA FUENTES SANCHEZ,

                            Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 326 (KMW)

KIMBA M. WOOD, District Judge:

      Sentencing currently scheduled for June 28, 2023, is adjourned to Wednesday, July 12, 2023, at 10:30 a.m. Defendant's submission is due by June 28, 2023. Government submission is due by July 5, 2023.

      SO ORDERED.

Dated: New York, New York
       June 5, 2023

                                                   /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/23